**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ULTIMO GLOBAL HOLDINGS, LLC and P. NATHAN THORNBERRY** | : | **CIVIL ACTION** |
| **v.** | : | |
| **RC-1 INC., JOHN PARKER, and MICHAEL MOE** | : | **NO. 26-805** |

# ORDER

**NOW**, this 1st day of October, 2026, upon consideration of the plaintiffs' Motion for Entry of Default Judgment Against Defendants, RC-1, Inc., John Parker, and Michael Moe (ECF No. 20), and the defendants' Motion to Strike and Set Aside the Clerk's Entries of Default (ECF No. 56), and after a hearing, it is **ORDERED** that the plaintiffs' motion is **DENIED** and the defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The defaults entered on April 1, 2026, against the defendants (ECF Nos. 16, 17, 18) are **STRICKEN**.
2. The defendants shall respond to the Complaint no later than October 12, 2026.

TIMOTHY J. SAVAGE, J.